NUMBER 13-07-151-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: CHRISTUS SPOHN HEALTH SYSTEM CORPORATION 

A/K/A CHRISTUS SPOHN HOSPITAL SHORELINE

 


On Petition for Writ of Mandamus and 

Motion for Emergency Temporary Relief 


MEMORANDUM OPINION
 


Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 

 On March 9, 2007, relator, Christus Spohn Health System Corporation a/k/a
Christus Spohn Hospital Shoreline, filed a petition for writ of mandamus with this Court in
which it alleged that on March 2, 2007, respondent, the Honorable Lisa Gonzales,
Presiding Judge of the County Court at Law No. 2 of Nueces County, Texas, abused her
discretion by granting a motion to compel relator to produce privileged documents. 

 Relator's petition for writ of mandamus asked this Court to order the respondent to
vacate the order dated March 2, 2007. In addition, relator filed a motion for emergency
relief, asking this Court to order a stay of the March 2, 2007 order. This Court stayed all
proceedings in the underlying action and requested a response from the real party in
interest, Elva Sherrill. 

 Having examined and fully considered the petition for writ of mandamus, the
documents filed in camera, the transcripts of the trial court proceedings, and the response
by the real party in interest, this Court is of the opinion that the relator has not shown itself
entitled to the relief sought. See Tex. R. App. P. 52.8(a). 

 This Court denies the petition for writ of mandamus and lifts the stay previously
ordered by this Court. The petition for writ of mandamus is DENIED. 

 

 

 PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 29th day of March, 2007.